■ MARCOS RADA et al., Appellants, v CITY OF YONKERS, Respondent, and PIKELAND CONTRACTORS, INC., Defendant and Third-Party Plaintiff-Respondent. HARTFORD ACCIDENT & INDEMNITY Co. et al., Third-Party Defendants-Respondents. [614 NYS2d 19] —In a negligence action to recover property damages, the plaintiffs appeal from so much of an order of the Supreme Court, Westchester County (Nicolai, J.), entered August 6, 1992, as (1) denied their motion to vacate the 90-day notices and to extend their time to complete discovery and schedule a trial-readiness conference, and (2) which granted the cross motions of the defendants to dismiss the action.

■ MARCOS RADA et al., Appellants, v CITY OF YONKERS, Respondent, and PIKELAND CONTRACTORS, INC., Defendant and Third-Party Plaintiff-Respondent. HARTFORD ACCIDENT & INDEMNITY Co. et al., Third-Party Defendants-Respondents. [614 NYS2d 216] —Motion by the third-party defendant Hartford Accident & Indemnity Co. and cross motion by third-party defendant Michael Raimondi, in effect, to dismiss the appellants' appeal from so much of an order of the Supreme Court, Westchester County, entered August 6, 1992, as dismissed the third-party action. By decision and order on motion dated June 7, 1993, the motion and cross motion were held in

abeyance, and referred to the Justices hearing the appeal for determination upon the argument or submission of the appeal.

Ordered that the motion and cross motion are granted, and the appeal as against them is dismissed.

The plaintiffs are precluded from pursuing their appeal from the portion of the order which dismissed the third-party complaint by virtue of their limited notice of appeal and this Court's denial of their application to amend the notice of appeal. Accordingly, the motion and cross motion of the third-party defendants must be granted. Balletta, J. P., Miller, Hart and Krausman, JJ., concur.